GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. WAGNER,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY LLC, UNIVERSAL PAYMENT CORPORATION, WESTSTAR CREDIT UNION, EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Case No.: 2:18-cv-00173-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant, FORD MOTOR CREDIT COMPANY LLC, by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiff, GEORGE A. WAGNER, by and through his attorney of record, MICHAEL KIND, ESQ., of the law firm of KAZEROUNI LAW GROUP, APC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed his Complaint on January 31, 2018;

WHEREAS, Defendant was served with the Complaint on February 7, 2018;

//

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

WHEREAS, Defendant's deadline to answer or respond to Plaintiff's Complaint is February 28, 2018;

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

WHEREAS, Defendant seeks up to and including March 15, 2018 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant, FORD MOTOR CREDIT COMPANY LLC shall have up to and including March 15, 2018 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 21st day of February, 2018.

| | |
|---|---|
| */s/ Michael Kind, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| Michael Kind, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 13903 | Nevada Bar No. 395 |
| KAZEROUNI LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 6069 South Fort Apache Road, Suite 100 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV  89148 | Las Vegas, NV  89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| GEORGE A. WAGNER | FORD MOTOR CREDIT COMPANY LLC |

**IT IS ORDERED.**

DATED this 23rd day of February, 2018.

_____
United States Magistrate Judge

2