ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for Weststar Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. WAGNER,<br><br>  Plaintiff,<br><br>vs.<br><br>FORD CREDIT MOTOR COMPANY LLC; UNIVERSAL PAYMENT CORPORATION; WESTSTAR CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendants. | Case No.: 2:18-cv-00173-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff George a. Wagner ("Plaintiff"), and Defendant Weststar Credit Union ("Weststar"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on January 31, 2018 [ECF No. 1].

2. Weststar retained counsel on February 23, 2018 and a short extension is necessary to allow Weststar's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and Weststar also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for Weststar to respond to the Complaint until March 28, 2018. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

4. Weststar requests additional time to file a response to the Complaint and Plaintiff

does not object to the request.

5. This stipulation is made in good faith and not for the purposes of delay.

6. Therefore, the parties agree that Weststar's response to the Complaint is now due on or before **March 28, 2018**.

| | |
|---|---|
| DATED: February 23, 2018. | DATED: February 23, 2018. |
| GORDON REES SCULLY MANSUKHANI LLP | KAZEROUNI LAW GROUP, APC |
| /s/ Robert S. Larsen<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101 | /s/ Michael Kind, Esq.<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>6069 S. Fort Apache Road, Suite 100<br>Las Vegas, NV 89148 |
| *Attorneys for Westar Credit Union* | and<br><br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff George A. Wagner* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2018

-2-