1  MARK J. CONNOT, ESQ.
   Nevada Bar No. 10010
2  AMANDA A. HUNT, ESQ.
   Nevada Bar No. 12644
3  **FOX ROTHSCHILD LLP**
4  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
5  Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
6  Email: ahunt@foxrothschild.com
7  *Counsel for Defendant Universal Payment Corporation*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 George A. Wagner,                      | Case No. 2:18-cv-00173-APG-PAL

11              Plaintiff,

12 v.                                     | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT UNIVERSAL PAYMENT CORPORATION TO FILE RESPONSIVE PLEADING**

13 Ford Motor Credit Company LLC, Universal
   Payment Corporation, Weststar Credit Union,
14 Equifax Information Services, LLC, and
   Experian Information Solutions, Inc.
15                                        | (First Request)

16              Defendants.

17

18     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff George A. Wagner,

19 by and through his counsel of record, Michael Kind of Kazerouni Law Group, APC and Defendant

20 Universal Payment Corporation ("Universal") by and through its counsel of record, Amanda A. Hunt,

21 of Fox Rothschild LLP, that Universal has been granted an extension to file a responsive pleading

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1

ACTIVE\54067135.v2-3/19/18

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

from March 20, 2018, up to and including April 10, 2018.

Dated this 20th day of March 2018.

Prepared and Respectfully Submitted by:

**FOX ROTHSCHILD LLP**                    **KAZEROUNI LAW GROUP, APC**

By: _____/s/Amanda A. Hunt_____       By: _____/s/Michael Kind_____
    AMANDA A. HUNT, ESQ.                    MICHAEL KIND, ESQ.
    Nevada Bar No. 12644                     Nevada Bar No. 13903
    1980 Festival Plaza Drive, Suite 700      6069 South Fort Apache Road, Ste. 100
    Las Vegas, Nevada 89135                 Las Vegas, Nevada 89148
*Counsel for Defendant Universal Payment*    *Counsel for Plaintiff George A. Wagner*
*Corporation*

## **ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED:_ March 20, 2018 _

ACTIVE\54067135.v2-3/19/18

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)