Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE A. WAGNER, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR CREDIT COMPANY LLC; UNIVERSAL PAYMENT CORPORATION; WESTAR CREDIT UNION; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendants. | **Case No. 2:18-cv-00173-APG-PAL** <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 28, 2018 through and including **April 4, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Respectfully submitted this 30th day of March, 2018.

/s/ *Bradley Austin*
Bradley T. Austin
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

***No opposition***

/s/ *Michael Kind*
Michael Kind, Esq.
6069 South Fort Apache Road
Suite 100
Las Vegas, NV 89148
Tel: (800)400-6808 x-7
Email: mkind@kazlg.com

*Attorney for Plaintiff George A. Wagner*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: April 2, 2018

4817-6172-0669

- 2 -