Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| George A. Wagner, | Case No. 2:18-cv-00173-APG-PAL |
|---|---|
| Plaintiff, | **Notice of Settlement with Ford Motor Credit Company LLC** |
| v. | |
| Ford Motor Credit Company LLC, et al, | |
| Defendants. | |

The dispute between Plaintiff George A. Wagner ("Plaintiff") and Defendant Ford Motor Credit Company LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before **June 4, 2018**.

DATED this 4th day of April 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 3, 2018, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

**IT IS ORDERED** that the settling parties shall have until **June 4, 2018** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 9, 2018

_____
Peggy A. Leen
United States Magistrate Judge