Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>　　　　　Plaintiff,<br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br>　　　　　Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**Notice of Settlement with Universal Payment Corporation** |

　　　The dispute between Plaintiff George A. Wagner ("Plaintiff") and Defendant Universal Payment Corporation ("Defendant" and together with Plaintiff as the

"Parties") has been resolved. The Parties anticipate filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before **June 11, 2018**.

DATED this 10th day of April 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
   6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*


**FOX ROTHSCHILD LLP**

By: /s/ Amanda A. Hunt
Amanda A. Hunt, Esq.
Mark J. Connot, Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Universal Payment Corporation*

   **IT IS ORDERED** that the settling parties shall no later than **June 11, 2018,** either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 13, 2018

                                                Peggy A. Leen
                                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 10, 2018, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148