Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES LLC** |

## NOTICE

The dispute between Plaintiff George A. Wagner ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff

anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **June 25, 2018**.

DATED this 26th day of April 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **June 25, 2018**, to either file a stipulation of dismissal with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 3, 2018

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 26, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148