Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>　　　　Plaintiff,<br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br>　　　　Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**Notice of Settlement with Weststar Credit Union** |

## NOTICE

The dispute between Plaintiff George A. Wagner ("Plaintiff") and Defendant Weststar Credit Union ("Defendant" and together with Plaintiff as the "Parties") has

been resolved. The Parties anticipate filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before **July 3, 2018**.

DATED this 4th day of May 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

 **IT IS ORDERED** that the settling parties shall have until **July 3, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 8, 2018

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 4, 2018, the foregoing Notice of Settlement was served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148