Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

## NOTICE

The dispute between Plaintiff George A. Wagner ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff

anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **July 16, 2018**.

DATED this 17th day of May 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **July 16, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: May 18, 2018

Peggy A. Leen
United States Magistrate Judge

Line numbers 1-28 and side margin: KAZEROUNI LAW GROUP, APC / 6069 S. Fort Apache Rd., Ste. 100 / Las Vegas, NV 89148

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 17, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148