Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>Plaintiff,<br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>Defendants.<br>. | Case No. 2:18-cv-00173-APG-PAL<br><br>**STIPULATION OF DISMISSAL OF UNIVERSAL PAYMENT CORPORATION**<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff George A. Wagner ("Plaintiff") and Defendant Universal Payment Corporation ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**FOX ROTHSCHILD, LLP**

By: /s/ Mark J. Connot
Mark J. Connot, Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Defendant*
*Universal Payment Corporation*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2018