Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>　　　　Plaintiff,<br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**STIPULATION OF DISMISSAL OF WESTSTAR CREDIT UNION** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff George A. Wagner ("Plaintiff") and Defendant Weststar Credit Union ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 3rd day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**GORDON & REES LLP**

By: /s/ Robert S. Larsen
Robert S. Larsen, Esq.
300 South Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant Weststar Credit Union*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 3, 2018.