1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   6069 South Fort Apache Road, Suite 100
3  Las Vegas, Nevada 89148
4  Phone: (800) 400-6808 x7
   FAX: (800) 520-5523
5  mkind@kazlg.com

6  David H. Krieger, Esq. (SBN: 9086)
7  HAINES & KRIEGER, LLC
   8985 S. Eastern Avenue, Suite 350
8  Henderson, Nevada 89123
9  Phone: (702) 880-5554
   FAX: (702) 385-5518
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff George A. Wagner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| George A. Wagner,<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Credit Company LLC, Universal Payment Corporation, Weststar Credit Union, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No. 2:18-cv-00173-APG-PAL<br><br>**Joint Status Report Regarding Settlement between Plaintiff and Experian Information Solutions, Inc.** |

# JOINT STATUS REPORT

The dispute between Plaintiff George A. Wagner and Defendant Experian Information Solutions, Inc. ("Defendant" and jointly as the "Parties") has been resolved.

The Parties have agreed as to the settlement terms and have exchanged a final settlement agreement. The Parties are waiting for a fully executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **August 14, 2018**.

DATED this 16th day of July 2018.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ Jennifer L. Braster
Andrew J. Sharples, Esq.
Jennifer L. Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS ORDERED** that the parties shall have until **August 14, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: July 19, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 16, 2018, the foregoing Joint Status Report Regarding Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148